UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:22cv61281

MILTON C. THOMAS, on behalf of himself and
others similarly situated

        Plaintiff

v.

TIFFANY & BOSCO, P.A.,

        Defendant
_____/

### DEFENDANT TIFFANY & BOSCO, P.A.'S NOTICE OF REMOVAL

Defendant, TIFFANY & BOSCO, P.A., ("T&B"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, gives notice of the removal of this cause of action from the Seventeenth Judicial Circuit, Broward County, Florida to this Honorable Court, and, as grounds therefore, states as follows:

### INTRODUCTION

1. On May 31, 2022, Plaintiff Milton C. Thomas ("Plaintiff") filed his Complaint in the case styled *Milton C. Thomas v. Tiffany & Bosco, P.A.*, Case No. CACE-22-007936, in the Seventeenth Judicial Circuit, Broward County, Florida (the "State Court Action").

2. Plaintiff's Complaint asserts claims against T&B for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. *See* Complaint at ¶¶ 46-73.

3. Plaintiff claims that as a result of a letter T&B sent to Plaintiff[1], (1) Plaintiff was confused as to which of the entities listed in that letter was the creditor then owed the debt, and (2)

---

[1] A copy of this letter is attached to the Complaint.

because of the time frames referenced in that letter, Plaintiff was confused as to whether and/or when he had a right to dispute the debt and/or obtain a validation of the debt. *Id*. at ¶¶ 57, 71, and 72. As a result of these alleged violations of the FDCPA, Plaintiff claims to have suffered actual damages. *Id*. at ¶ 73(D).

## TIMELINESS OF NOTICE OF REMOVAL

4. Pursuant to 28 U.S.C. § 1446(b)(1), the notice of removal of a civil action must be filed within 30 days after the receipt of service of process.

5. T&B was served with the Complaint on June 9, 2022. No more than thirty (30) days have elapsed since T&B received service of process, and, therefore, this removal is timely under 28 U.S.C. § 1446(b)(1).

## FEDERAL QUESTION JURISDICTION

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

7. District courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331; *see also Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003) ("[A] civil action filed in a state court may be removed to federal court if the claim is one 'arising under' federal law").

8. This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims arise under alleged violations of the FDCPA. *See Ortega v. Collectors Training Inst. of Ill., Inc.*, No. 09-21744-CIV-GOLD/MCALILEY, 2010 WL 11505559, at *6 (S.D. Fla. March 31, 2010) ("[F]ederal question jurisdiction exists over claims arising under the FDCPA pursuant to 28 U.S.C. § 1331"). Furthermore, jurisdiction is proper as Plaintiff has asserted claims for an injury in fact, allegedly caused by T&B, and seeks redress from this Court for that injury. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560-61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

## **VENUE**

9. Under 28 U.S.C. § 1441(a), a defendant may remove an action to the district court and division embracing the place where the state court action is pending.

10. Removal to this Court is proper because the United States District Court for the Southern District of Florida is the district court embracing Broward County, Florida, the location in which the State Court Action is pending.

## **PROCEDURAL COMPLIANCE**

11. Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings and orders in the state court record through this date are attached hereto as Exhibit 1.

12. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, T&B will provide Plaintiff with written notice of removal, and a copy of this Notice of Removal will be filed with the clerk of court for Broward County, Florida.

## **NON-WAIVER OF DEFENSES**

13. By filing this Notice of Removal, T&B does not waive its right to assert any claims, defenses, responsive pleadings, or other motions permitted under the applicable law.

14. In that regard, in the State Court Action, T&B filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint requesting that T&B be given until July 29, 2022 to file a responsive pleading. *See* Motion for Extension. An Agreed Order granting the same was entered in the State Court Action on July 4, 2022. *See* Agreed Order.

WHEREFORE, defendant Tiffany & Bosco, P.A. hereby files this Notice of Removal and removes this action from the Seventeenth Judicial Circuit of Florida, Broward County, Florida to the United States District Court for the Southern District of Florida.

Dated this 8th day of July, 2022.

Respectfully Submitted,

 /s/ *Shaun K. Ramey*
Shaun Ramey, Esq.
Florida Bar No. 117906
Joseph Apatov, Esq.
Florida Bar No. 93546
Alyssa Weiss, Esq.
Florida Bar No. 1032088
MCGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida, 33301
Telephone: (954) 356-2516
Facsimile: (954) 252-3808
Primary E-Mail: sramey@mcglinchey.com
japatov@mcglinchey.com
aweiss@mcglinchey.com
Secondary E-Mail: rwalters@mcglinchey.com
*Counsel for Defendant Tiffany & Bosco, P.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via the following manner, this 8th day of July, 2022 to the following:

**VIA E-PORTAL**
James L. Davidson, Esq.
Jesse S. Johnson, Esq.
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com
*Counsel for Plaintiff and the proposed class*

Matisyahu H. Abarbanel, Esq.
Matthew Bavaro, Esq.
Loan Lawyers
3201 Griffin Road, Suite 100
Fort Lauderdale, FL 33312
matis@Fight13.com
matthew@Fight13.com
*Co-Counsel for Plaintiff and the proposed class*

/s/ Shaun K. Ramey
Shaun K. Ramey