UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61281-ALTMAN/Hunt

**MILTON CLIVE THOMAS**
*on behalf of himself and others similarly situated*,

    *Plaintiff*,

v.

**TIFFANY & BOSCO P.A.**,

    *Defendant*.
_____/

## ORDER

The parties notified the Court (via email) that they have resolved their dispute. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **November 30, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida, this 31st day of October 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record