UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61281-ALTMAN/Hunt

**MILTON CLIVE THOMAS**,
*on behalf of himself and others*
*similarly situated*,

    *Plaintiff*,

v.

**TIFFANY & BOSCO P.A.**,

    *Defendant*.
_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal [ECF No. 24] under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After careful review, we **ORDER AND ADJUDGE** that this matter is **DISMISSED with prejudice** as to the Plaintiff and **without prejudice** as to any putative class members. Each party shall bear its own fees and costs. This action shall remain closed.

**DONE AND ORDERED** in the Southern District of Florida on December 15, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record